**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-02292-AP

RUDY SALAZAR,

                Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1.   APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Kenneth J. Shakeshaft | DAVID M. GAOUETTE |
| Attorney for Plaintiff | United States Attorney |
| 1530 S. Tejon Street | KEVIN TRASKOS |
| Colorado Springs, CO 80905 | Deputy Chief, Civil Division |
| 719-635-5886 | United States Attorney's Office |
| office@shakeshaftlawfirm.com | District of Colorado |
| | Telephone:   (303) 454-0184 |
| | kevin.traskos@usdoj.gov |
| | |
| | DEBRA J. MEACHUM |
| | Special Assistant U. S. Attorney |
| | Debra.meachum@ssa.gov |
| | Office of the General Counsel |
| | Social Security Administration |
| | 1961 Stout Street, Suite 1001A |
| | Denver, CO 80294 |
| | Telephone: (303) 844-1570 |

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

   A.    **Date Complaint Was Filed:** September 10, 2009.
   B.    **Date Complaint Was Served on U.S. Attorney's Office:**  October 8, 2009.
   C.    **Date Answer and Administrative Record Were Filed:**   December 7, 2009.

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**Plaintiff states:** To the best of his knowledge, the record is complete.
**Defendant states:**  To the best of his knowledge, the record is complete.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

**Plaintiff states:**     None anticipated.
**Defendant states:**  None anticipated.

**6.     STATEMENT REGARDING UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

**7.     OTHER MATTERS**

None.

**8.     BRIEFING SCHEDULE**

   A.    **Plaintiffs Opening Brief Due:**      February 5, 2010.
   B.    **Defendant's Response Brief Due:**   March 3, 2010.
   C.    **Plaintiffs Reply Brief (If Any) Due:** March 18, 2010.

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

   A.    **Plaintiffs Statement:** Plaintiff does not request oral argument.
   B.    **Defendant's Statement:**  Defendant does not request oral argument

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 22nd day of December, 2009.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Kenneth J. Shakeshaft<br>Kenneth J. Shakeshaft<br>1530 S. Tejon Street<br>Colorado Springs, CO 80905<br>719-635-5886<br>office@shakeshaftlawfirm.net<br>Attorney for Plaintiff | DAVID M. GAOUETTE<br>United States Attorney<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br><br>By: s/Debra J. Meachum<br>  DEBRA J. MEACHUM<br>  Special Assistant U. S. Attorney<br>  Office of the General Counsel<br>  Social Security Administration<br>  1961 Stout Street, Suite 1001A<br>  Denver, CO 80294<br>  Telephone: (303) 844-1570<br>  Debra.meachum@ssa.gov<br>  Attorneys for Defendant. |