UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-02292-WYD

RUDY SALAZAR,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

## ORDER

THIS MATTER is before the Court on Defendant's Stipulated Motion for an Award of Attorney Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412(d) filed April 15, 2011.  Defendant asserts therein that the parties have agreed to a compromise settlement of Plaintiff's request for attorney fees pursuant to the Equal Access to Justice Act ["EAJA"] in the amount of $6,300.00.  This award is without prejudice to the right of Plaintiff's counsel to seek attorney fees pursuant to 42 U.S.C. § 406(b) of the Social Security Act, subject to the offset provisions of the EAJA.

The Court, having reviewed the motion and being fully advised in the premises,

ORDERS that the Stipulated Motion for an Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (ECF No. 25) is **GRANTED**.  Defendant shall pay Plaintiff attorney fees in the amount of $6,300.00.  Payment shall be made payable to Plaintiff and delivered to Plaintiff's counsel.

Dated May 13, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge