IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-02292-WYD

RUDY SALAZAR,

     Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

     Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     The "Unopposed Plaintiff's Motion for Authorization of Attorney Fees Pursuant to 42 U.S.C. § 406(b)" filed July 19, 2011 (ECF No. 27) is **STRICKEN** with leave to refile because it contains no certification that counsel complied with D.C.COLO.LCivR 7.1A. The statement in the title of the motion that it is unopposed is not sufficient to comply with this Rule.

     Dated:  July 19, 2011